UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOHN OTTO RANDLE, | Civil No. 06-4429 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| MPLS. POLICE DEPARTMENT (3RD PRECINCT), Officer CHRISTIE NELSON, Mr. CURTISS CLARIN, Officer KRISTOPHER KRAMER, Officer GREAVES, Officer MARK SUCHTA, Officer GARY WESTWND, Officer DEREK CHAUVIN, and Officer ANTHONY SMITH, | |
| Defendants. | |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 12, 2006, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Plaintiff's application for leave to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: January 8, 2007

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge